September 14, 2023

FILED
2023 SEP 32 PM 1:36
CLERK
U.S. BANKRUPTCY CT
SO DIST. OF CALIF.

To: Martin Bain
United States Bankruptcy Court
325 West F Street
San Diego, CA 92101

From: Leslie T. Gladstone, Trustee

Re: Irish Fernanda Rodriguez
Case Number: 20-05651-MM7

## TRANSMITTAL OF UNCLAIMED FUNDS

### IN CHAPTER 7 CASE

It has been more than ninety days after the final distribution under 11 U.S.C. § 726. I have stopped payment on any check remaining unpaid. I am paying into the court all unclaimed funds. Attached are checks for any unclaimed or uncashed funds payable to the Registry of the U.S. Bankruptcy Court.

Pursuant to Federal Rule of Bankruptcy Procedure 3011, I am submitting a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from remaining property of the estate that is being paid into court pursuant to 11 U.S.C. § 347(a).

| Name and Address of Entity | Claim No. | Check Amount |
|---|---|---|
| Toyota Lease Trust<br>c/o Toyota Motor Credit Corporation<br>PO Box 9490<br>Cedar Rapids, IA 52409-9490 | 4 | $9,449.62 |
| Toyota Motor Credit Corporation<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | 5 | $366.86 |
| | Total: | $9,816.48 |

Receipt # 301222